IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| LEXINGTON INSURANCE COMPANY, § | | |
|     Plaintiff, § | | |
| § | | |
| v. § | | CIVIL ACTION NO. 6:23-CV-0016-ADA-JCM |
| § | | |
| BAYLOR UNIVERSITY, § | | |
|     Defendant. § | | |

### PLAINTIFF'S NOTICE TO COURT OF WRITTEN OFFER OF SETTLEMENT

TO THE HONORABLE UNITED STATES DISTRICT COURT:

NOW COMES plaintiff Lexington Insurance Company and files this Notice to Court of Written Offer of Settlement. Pursuant to the Scheduling Order entered by this Court on April 6, 2023 (Dkt. #13), Lexington Insurance Company has submitted a private written offer of settlement to Baylor University on May 12, 2023.

Respectfully submitted,

_/s/ Ellen Van Meir_
Ellen Van Meir
State Bar No. 00794164
evanmeir@nicolaidesllp.com
Nicholas K. Low
State Bar No. 24089050
nlow@nicolaidesllp.com

NICOLAIDES FINK THORPE
    MICHAELIDES SULLIVAN, LLP
2501 North Harwood Street, Suite 1210
Dallas, TX 75201
(469) 290-9045
(469) 290-9041 – FAX

**COUNSEL FOR PLAINTIFF
LEXINGTON INSURANCE COMPANY**

## **CERTIFICATE OF SERVICE**

      This is the certify that on May 12, 2023, a true and correct copy of the foregoing was served via the Court's Notice of Electronic Filing (NEF) upon defendant's counsel of record R. Brent Cooper and Julie A. Shehane, COOPER & SCULLY, PC, 900 Jackson Street, Suite 100, Dallas, Texas, 75202.

*/s/ Ellen Van Meir*
_____
Ellen Van Meir
Nicholas K. Low