IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| LEXINGTON INSURANCE COMPANY,<br>　　　Plaintiff, | §<br>§<br>§ | |
| v. | §<br>§ | CIVIL ACTION NO. 6:23-CV-0016-ADA-JCM |
| BAYLOR UNIVERSITY,<br>　　　Defendant. | §<br>§<br>§ | |

<u>**Notice Concerning Reference to United States Magistrate Judge**</u>

In accordance with the provisions of 28 U.S.C. Section 626(c), Federal Rule of Civil Procedure 73, and the Local Rules of the United States District Court for the Western District of Texas, the following party <u>Lexington Insurance Company</u> through counsel <u>Ellen Van Meir and Nicholas K. Low</u>

　_ consents to having a United States Magistrate Judge preside over the trial in this case.

　☒ declines to consent to trial before a United States Magistrate Judge.

Respectfully submitted,

*/s/ Ellen Van Meir*

Ellen Van Meir
State Bar No. 00794164
evanmeir@nicolaidesllp.com
Nicholas K. Low
State Bar No. 24089050
nlow@nicolaidesllp.com

NICOLAIDES FINK THORPE
　　MICHAELIDES SULLIVAN, LLP
2501 North Harwood Street, Suite 1210
Dallas, TX 75201
(469) 290-9045
(469) 290-9041 – FAX

**COUNSEL FOR PLAINTIFF
LEXINGTON INSURANCE COMPANY**

## **CERTIFICATE OF SERVICE**

      This is the certify that on May 12, 2023, a true and correct copy of the foregoing was served via the Court's Notice of Electronic Filing (NEF) upon defendant's counsel of record R. Brent Cooper and Julie A. Shehane, COOPER & SCULLY, PC, 900 Jackson Street, Suite 100, Dallas, Texas, 75202.

/s/ Ellen Van Meir
_____
Ellen Van Meir
Nicholas K. Low