**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | | |
|---|---|---|
| **LEXINGTON INSURANCE CO.,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CASE NO. 6:23-CV-00016-ADA-JCM** |
| | § | |
| **BAYLOR UNIV.,** | § | |
| | § | |
| **Defendant.** | § | |

**ORDER**

Before the Court is the above styled and numbered cause. The parties are hereby **ORDERED** to issue a joint written status report by November 29, 2023, informing the Court of the status of this cause.

**SIGNED this 17th day of November 2023.**

**JEFFREY C. MANSKE
UNITED STATES MAGISTRATE JUDGE**