IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| LEXINGTON INSURANCE COMPANY,<br>    Plaintiff, | §<br>§<br>§ | |
| v. | §<br>§<br>§ | CIVIL ACTION NO. 6:23-cv-0016-ADA-JCM |
| BAYLOR UNIVERSITY,<br>    Defendant. | §<br>§ | |

**JOINT STATUS REPORT**

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Pursuant to this Court's Order dated November 17, 2023, plaintiff Lexington Insurance Company ("plaintiff" or "Lexington") and defendant Baylor University ("defendant" or "Baylor") hereby file this Joint Status Report.

The current lawsuit is an insurance coverage lawsuit seeking a declaratory judgment regarding Lexington's obligations to Baylor for the civil claims asserted against Baylor in the underlying lawsuit. The underlying lawsuit is comprised of three consolidated cases styled *Jane Doe v. Baylor University*. In total, they involve fifteen claimants alleging sexual assaults. Jane Does 1-10 filed suit in Cause No. 6:16-cv-173-RP-JCM; Jane Doe 11 filed suit in Cause No. 1:17-cv-00811; and Jane Does 12-15 filed suit in Cause No. 6:17-cv-236-RP. They have all been consolidated into the lawsuit filed by Jane Does 1-10. A settlement has been reached in the underlying lawsuit, and, on September 29, 2023, the underlying lawsuit was stayed because a settlement was reached in all of the claims against all parties.

The parties therefore request the Court vacate the current Scheduling Order and remove this matter from the trial docket until such time as settlement documents are finalized in the underlying lawsuit.

Respectfully submitted,

/s/Ellen Van Meir
Ellen Van Meir
State Bar No. 00794164
evanmeir@nicolaidesllp.com
Nicholas K. Low
State Bar No. 24089050
nlow@nicolaidesllp.com
NICOLAIDES FINK THORPE
       MICHAELIDES SULLIVAN, LLP
2501 North Harwood Street, Suite 1210
Dallas, TX 75201
469.290.9045
469.290.9041 – FAX

**COUNSEL FOR PLAINTIFF**
**LEXINGTON INSURANCE COMPANY**


/s/Julie A. Shehane [with permission]
R. Brent Cooper
State Bar No. 04783250
brent.cooper@cooperscully.com
Julie A. Shehane
State Bar No. 24048794
julie.shehane@cooperscully.com
COOPER & SCULLY, PC
900 Jackson Street, Suite 100
Dallas, TX 75202
214.712.9500
214.712.9540 – FAX

**COUNSEL FOR DEFENDANT**
**BAYLOR UNIVERSITY**